*UNITED STATES DISTRICT COURT*

*FOR THE SOUTHERN*

*DISTRICT OF FLORIDA*

FILED BY _____ D.C.

APR 15 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

*In the Matter of:*                                             Civil Action No_____


AJAY SINGH                                                           *A# 073 419 241*

Petitioner

VS.                                                    Petition for A: ***Writ of Habeas Corpus***

*U.S. Attorney General: WILLIAM BARR*

        Respondent

*(U.S. Attorney General) et al.,*

    John Kelly                                    *pursuant To 28 U.S.C 2241*

        (Secretary D.H.S.)

Petition for A ***Writ of Habeas Corpus.***

PURSUANT TO 28 U.S.C. 2241


Petitioner AJAY SINGH appearing pro se, hereby petitions this court a writ of habeas corpus and seeks declaratory and injunctive relief review the lawfulness of his detention by the United States Department Of Homeland Security, Immigration and Customs Enforcement (ICE) for more than **180 days** because ICE has been unable to deport him to native country of citizenship and this is the **2nd** time he is going through 90 day review process.

    In support of this petition and complaint, petitioner alleges as follows:

## CUSTODY:

    Petitioner is in the physical custody of respondents and U.S. Immigration and Customs Enforcement (ICE). Petitioner is detained at the KROME SERVICE PROCESSIONG CENTER IN MIAMI, FL, pursuant to a contractual agreement with the Department of Homeland Security. Petitioner is under the direct control of respondents and their agents.

530
cat / div _____
Case # _____
Judge _____ Mag Reid
Motn ifp _____ Fee pd $ _____
Receipt # _____

## *JURISDICTION:*

This action arises under the United States constitution, the Immigration and Nationality Act of 1952, as amended, 8U.S.C. 1101 et seq. (The Act), and the administrative procedure Act, 5 U.S.C. 701 et seq. (the APA).

Jurisdiction exists in this court pursuant to 28 U.S.C. 2241 et seq, 28 U.S.C. 1331, the APA, 5 U.S.C 701 et seq the Declaratory Judgment Act, 28 U.S.C. 2201 et seq, and the All writs Act, 28 U.S.C. 1361. The federal Question statue 28 U.S.C & 1331, Bivens-vs.- six Unknown Federal Narcotic Agents, 403 US 388 91 s.ct. 199, 29 led 2d 619 (1971) and the Declaratory Judgment statue

Petitioner has exhausted any and all administrative remedies to the extent required by law.

## *VENUE:*

Venue in this district is proper under 28 U.S.C. 1391. Because the officer in charge who makes custody decision in petitioner's case is located within this judicial district, venue lies in the United States district court for the Southern District of Florida the judicial district in which petitioner is currently detained.

## *PARTIES:*

*Petitioner is a native and citizen of **INDIA**. Petitioner was first ordered/Deported about or around **OCT 10TH 2002** and was detained. Respondent has gone through the 90 day review process 2 times while he was detained. The respondent was taken in to custody this time on **SEP 17TH .2019** and has remained in their custody continuously since that date.*

*Respondent **WILLIAM BARR** issued in his official capacity as the attorney general of the United States and is responsible for the administration of D.H.S/ICE and the implementation and enforcement of the Immigration and Naturalization Act (INA). As such, Mr. **WILLIAM BARR** has ultimate custodial authority over petitioner.*

*Respondent **ANDRE MOLINA** issued in his official capacity as the officer in charges at the Krome Detention Center in Miami, Florida. In his capacity he maintains responsibility over the day to day operations at Krome Detention Center in Miami, Florida where petitioner is presently detained by ICE.*

*Respondent John Kelly issued in his official capacity as secretary of the Department of Homeland Security. In his capacity he is responsible for the administration of the immigration laws pursuant to 8U.S.C. 1103(a) and has ultimate custodial authority over petitioner.*

2

## *FACTS:*

1. Petitioner, **AJAY SINGH** is a native of **INDIA.**
2. Petitioner first entered the United States on or about **OCTOBER 24TH 1994.**
3. An Immigration Judge Ordered Removal/ Deportation **in OCTOBER 10TH 2002.** See **Exhibits.**
4. Petitioner was taken into custody this time on **SEPTEMBER 17TH 2019** and has remained in custody.
5. Petitioner was on supervision.
6. Petitioner has cooperated fully with all efforts by ICE to remove petitioner from the United States. Specifically, petitioner voluntary provide identity documents. **See EXHIBITS.**
7. To date however ICE has been unable to remove- Deported petitioner to any country.
8. Petitioner has maintained good behavior while in detention, and has abided by all rules and regulations.
9. Petitioner's  has been  through the **90 day review** process detained **2 time(s)** at which time petitioner is still in custody
10. If released petitioner will reside at **13371 SW 51 STREET, MIAMI, FL, 33176** where his family awaits for his release.
11. Petitioner has family tied in the community.
12. Petitioner does not pose a danger to the community.
13. Petitioner is not a flight risk.
14. Petitioner will report and comply with all rules and regulations of supervision.

### *Exhibits Attached:*

1. **Exhibit A, Date of the Final Order of Deportation on (10/10/2002).**
2. **Exhibit B, APPLICATION to obtain travel documents (09/23/2019).**

Accept the particular individual in question. See Agbada v. John ascroft 2002 US dist. lexis 15979 (d. mass, August 22, 2002) (court "will likely grant" Habeas petition after fourteen months if ICE is unable to present document confirmation that the Nigerian government has agreed to (petitioners)repatriation") Zhou, 2201, US Dist Lexis 19050 at *7(WD. Wash, February 28, 2002) (government's failure to offer specific information regarding how or when it expected to obtain the necessary documentation of

cooperation from the foreign government indicated that there was no significant likelihood of petitioner's removal in the reasonably foreseeable future.

4. U.S. Immigration laws permit the INS to detain aliens following a final order of deportation. See 8 U.S.C. 1231 (West 2002). Sections 1231 (a)(1) and (2) of 2 U.S.C. provide that the United States Attorney General shall remove and detain an alien within the "removal period", which is generally ninety days. The beginning date of a removal period can vary; In petitioner's case, the removal period began around **Oct 10th 2002.** See U.S.C. 1231 (a)(1)(B)(iii). Rough calculations tell us his ninety-day removal period ended at the end of **DEC 17TH 2019** see Zhou v. Farquarson, 2001 US Dist Lexis 18339 *2*3 (D. mass Oct 19, 2001) (quoting and summarizing Zadvydas). Petitioner was detained by I.C.E. this time on **SEP 17TH. 2019** and deported on **OCT 10TH 2002** the 90 day review process ended on **DEC 17TH 2019. See Exhibits.**

5. Zadvydas, 533 U.S. at 699700. Thus, on remand the Ninth Circuit clarified that its conclusion that there was no likelihood of Mass removal in the foreseeable future was based not only on the fact that there was no existing or pending repatriation agreement, but also on the fact that there was an insufficient showing that the future negotiations were likely to lead to a repatriation agreement within the reasonable foreseeable future. Ho Ma v, Ashcroft, 257 F. 3D 1095, 1099 (9th Cir. 2001)

6. Petitioner need not make a showing that removal is impossible. See Zadvydas, 533 U.S. at 702 (rejecting this requirement of the Fifth Circuit Zadvydas court). Although some possibility of removal may exist, Petitioner's period of post-final-order detention has been sufficiently long such that a remote, no-specific possibility does not satisfy Respondent's burden. See Mohamed v. Ashcroft, 2002 U.S. Dist. LEXIS 16179, at *3 (W.D. Wash Apr. 15, 2002) (adopting magistrate judge's finding that government did not meet Zadvydas burden because it provided no information regarding how or when it expected to obtain documents or cooperation from foreign government). Petitioner has shown there is no significant likelihood of his removal in the reasonably foreseeable future. Respondents have thirty days to remove the Petitioners writ of habeas corpus will issue and petitioner shall be released on conditions suitable to the INS, which may include those set forth in 8 C.F.R. 241.5.

*PRAYER FOR RELIEF*

WHEREFORE, petitioner prays that this honorable court to grant the following relief:

1. Assume jurisdiction over this matter, declaring that petitioner continued detention is not authorized by the INA and / or violated the Fifth Amendment;

2. <u>Issue a writ of habeas corpus directing Respondent immediately release petitioner from custody.</u>

3. <u>Order respondents to refrain from transferring the Petitioner out of the Jurisdiction of ICE Middle District during the pendency of these proceedings and while the petitioner remains in Respondent's custody; and</u>

4. <u>Award petitioner attorney's fees and cost under the Equal access to Justice Act("EAJA"), as amended, 5 U.S.C. 504 and 28 U.S.C. 2412, and on any other basis justified under law; and</u>

5. <u>Grant any other and further relief this court may deem appropriate.</u>

I swear under the penalty of perjury that the above text is true to the best of my knowledge.

*By:* _____

*AJAY SINGH*
A#073 419 241
KROME SERVICE PROCESSING CENTER
18201 SW 12th Street
Miami, FL, 33194.

***UNITED STATES DISTRICT COURT***

***FOR THE SOUTHERN***

***DISTRICT OF FLORIDA***

*In the Matter of:*                                    Civil Action No_____

5

*AJAY SINGH*                                                     <u>A# 073 419 241</u>
Petitioner

<u>*Motion to Proceed in Forma pauperis*</u>

<u>VS.</u>

<u>Date: MAR 15TH 2020.</u>

<u>U.S. Attorney General et al.;</u>

Respondent

*Hereby comes the Petitioner <u>AJAY SINGH</u> and I moves the court to permit to proceed this civil complaint in Forma Pauperis, I am indigent and have been in continuous custody.*

*I have no means or ability to pay any of legal fees, charges, cost, or disbursements necessary to commence and prosecute this action.*

*I swear under the penalty of perjury that the above text is true to the best of my knowledge.*

<u>By:</u> _____

<u>AJAY SINGH pro'se</u>

<u>A#073 419 241</u>

KROME SERVICE PROCESSING CENTER

18201 SW 12th Street

Miami, FL, 33194.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** *that a true and correct copy has been furnished to the Clerk of Courts, U.S. attorney's Office and the parties listed below. By U.S. mail this <u>**15 DAY OF MARCH 2020**</u>*

*(1) WILLIAM BARR;*                          *(4) MARC J MOORE*

U.S. Attorney Office,
  Office of Immigration Litigation;
  P.O Box 878 Ben Franklin Station,
  Washington DC, 20044

(2) CLERK OF COURTS
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
400 North MIAMI AVE
MIAMI, FL 33128

(3) U.S. Attorney's office
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
400 North MIAMI AVE
MIAMI, FL 33128

Field office Director, ERO/DHS
865 SW 78th AVE, Suite 101
 Plantation, FL. 33324

 (5) ICE Headquarter Case
  Management Unit;
 U.S. Department Of Homeland Security;
  Potomac Center North
  500 12th Street SW
  Washington, DC 20536

_AJAY SINGH_  A#073 419 241

KROME SERVICE PROCESSING CENTER

18201 SW 12th Street

Miami, FL, 33194.

U.S.Department Of Homeland Security

Immigration and Customs Enforcement

KROME SERVICE PROCESSING CENTER,

18201 SW 12th Street

MIAMI, FL 33194

Attn: Immigration Officer: _____

Dear Immigration Officer:

I request that ICE review my custody status while talking the following information into consideration, because I believe I qualify for release under an order of supervision. I have been in detention more than 180 days from when my order of removal became final, as I have been ordered deported/remove, and it is unlikely that I will be deported to INDIA in the reasonably foreseeable future. **See documents attached to habeas.**

1. I entered the United States in around **OCT 24TH 1994** and ordered removed/deported in/around **OCT 10TH 2002. See Exhibits.**

2. My home country will not accept my deportation or provide travel documents. **See Exhibits.**

3. I am not a danger to the public safety.

4. I have been through the 90 day review process 2 times.

5. I will be released on supervision.

6. My phone number is **(610) 349 5737.**

7. I will live *at 13371 SW 51 STREET MIAMI, FL 33176*

8. I am not significant flight risk.

9. I am prepared to comply with all restrictions imposed on me as part of my release.

10. I will not be a burden on the community or society once I am released.

Thanks you for your time and assistance in this matter.

Sincerely;

*AJAY SINGH* A#073 419 241

KROME SERVICE PROCESSING CENTER

18201 SW 12th Street

Miami, FL, 33194.

**To**

*ICE Field Office Director*
*Miami Field Office*
*865 SW 78th Street Avenue*
*Suite#101*
*Plantation FL 33325*

*Headquarters Post-Order Detention Unit*
*ICE Enforcement*
*801 I Street, NW – Suite 800*
*Washington, DC 20536*

BOARD OF IMMIGRATION APPEAL CLERKS OFFICE
5107 LEESBURG PIKE, SUITE#2000
FALLS CHURCH, VA, 33194

To, whom it may concerns:

**Subject: Review my A-file (073 419 241) as it's been more than 200 days.**

This letter is to inform you that, I believe immigration officials, officer **J. CAMPO** from (ISAP**), M.SCROCCA** from Broward Transition Center (BTC) and Deportation officer **ANDRE MOLINA** from Krome Service Processing Center (K.S.P.C) Unconstitutionally Prolonged my detention for over 200 days now even after I demonstrated to make all reasonable efforts and comply with the order of removal, and cooperate with all 3 ICE officers on my part to make timely application in good faith for travel or other documents necessary for my departure action to be removed from the U.S.A :**SEE EXHIBIT# 1**

On while I was under the supervision with officer **J.Campo** from 06/02/2018 @ Intensive Supervision Appearance Program (ISAP) reported twice a week with my ankle monitor on or about 12/13/2018. I received a letter from (USCIS) U.S Citizenship and Immigration Services stated that I need to provide a letter from the (ERO) officer you are reporting to, which states that you are currently in compliance with your order of supervision: SEE **EXHIBT#2**

On 12/16/2018 I told my case specialist DANIA and requested to see officer **J.CAMPO** regarding this matter, for more than 8 months officer J.CAMPO just ignored my request to see me and then I was told that officer J.CAMPO would like to see me on 09/17/2019 for first time.

On 09/17/2019 he made a decision to bring me into the custody of U.S Immigration and Customs Enforcement (ICE) without reviewing or any personal interview on my case and officer **J.CAMPO** lied to me that ICE has determined that there is a significant likelihood of my removal in the reasonably foreseeable future in your case but I've been in a direct contact with consulate of India in New York and California, even they are having hard time in issuing my travel documents. **SEE EXHIBT#3**

On 12/17/2019 officer **M.SCROCCA** from BTC served me with my 90days review and again it was another miss-communication about my travel documents and the same day I was transferred to Krome S.P.C. I have never been to prison or committed any felony for last 25years in U.S.A but now I'm detained with detainees who served 20, 15, 10, 5, 3, 2 years in state or county jail. I don't belong here it's scary and very uncomfortable and top of that I was personally threaten by Deportation officer **ALDO MARTIN** and getting harassed by the staff of AGS almost every day.

During these times of my detention, I have not only spent a considerable time in law library, but in addition to that, I have also been trying desperately to do all what I can do to become a better individual. To this end, I have attended lots of classes, successfully attended seminars and completed course to earn a good many certificates. **SEE EXHIBT#4**

I don't belong in jail, was working 15hrs a day 7days a week was trying to keep myself busy. It's not been the same since my wife's passing she was everything to me and I have promised to be a better person. I'm scared that landlord is going to throw everything that I have at the apartment and there is lots of stuff that belong to me and my wife, lots of picture, documents, memories that I can't afford to lose.

I miss my mother in law and I'm concern about her health already been here more than 200days. I'm not a bad person. I was not really aware about the immigration process because every attorney gives me different answers and we do know that immigration law is so complicated which is the reason I didn't take care of my papers in timely manners that's why I ended up here. I've been paying taxes for last 25years and I have been an important member of the local community and currently renting an apartment at 13371 SW. 51ST MIAMI, FL, 33175. **SEE EXHIBT#5**

That's all I have to say and I truly appreciate your time to read my letter. I would be really grateful if you could review my file and help me release from this detention center.


Regards,
Ajay Singh
A#073 419 241
Krome Service Processing Center
18201 SW 12th Street
Miami, FL, 33194

*EXHIBIT #1*

# Consulate General of India

To whom it may concern:

Sir/Madam

My name is Ajay Singh. I was born in Punjab, India. I'm citizen of India.

I have been in The United States of America for 26 years; I have social security number#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. I have been working and filing taxes since I have been here. Now I'm under immigration proceedings.

I therefore kindly request you to issue new travel documents.

Thank you,
Ajay Singh
Alien # 073-419-241

# APPLICATION FOR INDIAN PASSPORT

**EMBASSY OF INDIA**
Consular Wing
2536 Massachusetts Avenue, NW
Washington, DC 20008
Tel: (202) 939-9836 /9806
Fax: (202) 387-6946
http://www.indianembassy.org

- [ ] 1. FOR A NEW PASSPORT ORDINARY TYPE
- [ ] 2. DUPLICATE PASSPORT IN LIEU OF LOST, STOLEN OR DAMAGED PASSPORT
- [ ] 3. ADDITIONAL PAGES /BOOKLET
- [ ] 4. CHANGE OF NAME/SURNAME
- [ ] 5. EMERGENCY TRAVEL DOCUMENT
- [ ] 6. CHANGE IN APPEARANCE

PASTE A
PHOTO
HERE

Note: This application can be used at the Embassy of India, Washington, DC or at any other Consulate General of India
(PERSONAL CHECKS/CREDIT CARDS ARE NOT ACCEPTED)
(Fill in using Block Letters with Blue/Black Ink Only)

| 1.(a) FULL NAME (Expanded Initials) | | | (b) ALIASES,if any |
|---|---|---|---|
| SINGH (Last Name/Sur Name) | (Middle Name) | AJAY (First Name) | |

(c) HAVE YOU EVER CHANGED YOUR NAME?
Yes ___ No X
If yes, please write your name in full ___

(d) MAIDEN NAME, in case applicant is a married woman
KAUY SINGH

| 2. PLACE OF BIRTH AMRITSAR | 3. COUNTRY OF BIRTH INDIA | 4. DATE OF BIRTH 05 (Day) 28 (Month) 1974 (Year) |
|---|---|---|

| 5. SEX M | 6. COLOR OF EYES BLACK | 7. COLOR OF HAIR BLACK | 8. HEIGHT 6" |
|---|---|---|---|

| 9. VISIBLE DISTINGUISHING MARKS, if any  SCAR ON forehead | 10. MARITAL STATUS MARRIED |
|---|---|

11. PROFESSION  Warehouse

12. BUSINESS/OFFICE ADDRESS:
SYMBOTIC, 4930 HANOVERVILLE Rd BEHLEHEM, PA   TEL NO. 610 B375700

| 13. (a) FULL NAME OF FATHER  BAIDEV SINGH | NATIONALITY India | COUNTRY OF HIS BIRTH India |
|---|---|---|
| (b) FULL NAME OF MOTHER  RESHMA KAUY SINGH | NATIONALITY India | COUNTRY OF HER BIRTH India |

| (c) NATIONALITY OF FATHER AT THE TIME OF APPLICANT'S BIRTH  India | (d) NATIONALITY OF MOTHER AT THE TIME OF APPLICANT'S BIRTH  India |
|---|---|

| 14. FULL NAME OF HUSBAND /WIFE  Lourdes CRUZ | NATIONALITY USA | TEL NO. 7B6 972 6D2 T |
|---|---|---|

| 15. WHEN DID APPLICANT FIRST LEAVE INDIA?  10-24-1994 | 16 WHEN WAS HE/SHE IN INDIA LAST?  10-24-1994 | 17 HOW LONG HAS APPLICANT CONTINUOUSLY RESIDED ABROAD? |
|---|---|---|

18. PRESENT IMMIGRATION STATUS
*ECR / ENCR**      (Please attach documentary evidence, such as copy of degree/green card)
*Emigration clearance required    **Emigration clearance not required

(b) EDUCATIONAL QUALIFICATION: (In order to determine emigration status)

| PERMANENT ADDRESS IN INDIA  JOLLANDER, PUNJAB, India | TEL NO. |
|---|---|

a) PERMANENT ADDRESS IN USA (attach 2 proofs of residence)  (b)email:
4490 Windswept Rd, Breiningsville, PA 18031

ALIEN REGISTRATION CARD (GREEN CARD), EMPLOYMENT AUTHORIZATION CARD NUMBER
MSC 16944169 8

Home 610 349 575
Work

**FORMAT FOR REQUISITE PARTICULARS IN NATIONALITY STATUS VERICATION**

1. NAME _AJAY SINGH_

2. SURNAME AND ALIAS _____

3. FATHER'S NAME AND OCCUPATION _BALDEV SINGH, farmer_

4. MOTHER'S NAME AND OCCUPATION _RESHMA KAUR SINGH._

5. DATE AND PLACE OF BIRTH _05-28-1974, PUNJAB, India_

6. WHETHER MARRIED (YES) OR NO) IF YES, NAME OF SPOUSE
   _Lourdes Cruz_

7. EDUCATION DETAILS IN INDIA

   SCHOOL _✓_ YEAR _1992_ QUALIFICATION _10th Grade_

   COLLEGE _____

   UNIVERSITY _____

8. WHAT WAS YOUR OCCUPATION BEFORE LEAVING INDIA? WHO WAS YOUR EMPLOYER?  GIVE DETAILS ALONG WITH ADDRESS.

   _____

   _____

9. DE

   a. HEIGHT _6_

   b. COLOR OF EYES _BlACK_

   c. COLOR OF HAIR _BlACK_

   d. DISTINGUISHING MARK _SCAR ON forehead_

   _Warehouse_

**INFORMATION FOR TRAVEL DOCUMENT OR PASSPORT**

FILE

DATE PREPARED *11-2-17*

1. NAME *AJAY   SINGH*

2. SEX *MALE*

4. CITIZENSHIP *INDIA*

3. OTHER NAMES USED OR KNOWN BY

5. DATE OF BIRTH *05-28-1974*   6. PLACE OF BIRTH *PUNJAB, INDIA*

7. HEIGHT *6"*   WEIGHT *180 lbs*   EYES *BLACK*   HAIR *BLACK*   COMPLEXION   MARKS OR SCARS *SCAR ON forehead*

FILE THIS LARGE CITY

8. NEAREST LARGE CITY TO PLACE OF BIRTH *Amritsar*

9. DISTANCE AND DIRECTION OF PLACE OF BIRTH FROM THIS LARGE CITY

10. IF CITIZENSHIP IS DIFFERENT FROM COUNTRY OF BIRTH, EXPLAIN. IF NATURALIZED IN ANY COUNTRY, SHOW DATE AND PLACE OF NATURALIZATION, CERTIFICATE NUMBER, AND STATE HOW CITIZENSHIP WAS ACQUIRED.

11. NAMES, LOCATIONS, AND DATES (YEARS) OF ATTENDANCE OF FOREIGN SCHOOLS

*AISSF,   1991*

12. NAMES, EXACT LOCATIONS, AND DATES (YEARS) OF ATTENDANCE OF FOREIGN CHURCHES. INCLUDE DATE AND NATURE OF ANY RELIGIOUS CEREMONY WHICH MAY HAVE BEEN RECORDED.

13. LAST PERMANENT RESIDENCE IN COUNTRY OF CITIZENSHIP (Show dates of residence) *JALLANDHAR, PUNJAB, INDIA*

14. ADDRESS IN LAST COUNTRY OF LAST FOREIGN RESIDENCE (Show dates of residence, and immigration status there)

15. PLACE OF ENTRY INTO UNITED STATES *LOS ANGLES*   DATE OF ENTRY INTO UNITED STATES *10-24-1994*

16. LIST DATE AND PLACE OF ISSUANCE AND NUMBER OF PASSPORT, BIRTH CERTIFICATE, BAPTISMAL CERTIFICATE OR DOCUMENT OF IDENTITY. SPECIFY DATES OF MILITARY SERVICE, COUNTRY AND UNIT, RANK, SERIAL NUMBER, AND PLACES OF INDUCTION AND DISCHARGE.

17. IN POSSESSION OF TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY: ☒ YES ☐ NO. DESCRIBE DOCUMENT(S). IF SUBJECT DID NOT HAVE TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY, OR DOES NOT HAVE SUCH A DOCUMENT NOW, INDICATE WHETHER EVER OBTAINED ONE: ☐ YES ☒ NO. STATE HOW, WHEN, AND WHERE IT WAS OBTAINED; WHAT KIND OF DOCUMENT IT WAS; AND WHAT BECAME OF IT.

18. FATHER'S NAME *BALDEV SINGH*   DATE OF BIRTH   PLACE OF BIRTH *PUNJAB, India*

PRESENT ADDRESS *JALLANDHAR, PUNJAB, INDIA*

19. MOTHER'S MAIDEN NAME *RESHMA KAUR Singh*   DATE OF BIRTH   PLACE OF BIRTH *PUNJAB, India*

PRESENT ADDRESS *JALLANDHAR, PUNJAB, INDIA.*

20. NAME, RELATIONSHIP, AND ADDRESSES OF RELATIVES ABROAD

. PREVIOUSLY   ☐ EXCLUDED   ☐ DEPORTED   ☐ REQUIRED TO DEPART FROM THE UNITED STATES

ON _____ VIA _____ TO _____
(Date)                (Port)                        (Country)

INDICATE WHETHER EVER ARRESTED, IN PRISON OR A PUBLIC INSTITUTION IN THE COUNTRY OF WHICH A NATIONAL, SUBJECT, OR CITIZEN: ☐ YES ☒ NO. IF SO, GIVE DATES AND PLACES.

*JALLANDHAR Police STATION, PUNJAB.*

NAME, NATIONALITY, AND PRESENT ADDRESS OF SPUSE, AND DATE AND PLACE OF MARRIAGE

*Lourdes CRUZ, 11-26-2001, CLARK COUNTY, NEV*

AMES, AGES, AND ADDRESS OF ALL CHILDREN

IF CANADIAN DEPORTABLE TO CANADA, GIVE DATE AND PORT OF ARRIVAL IN CANADA, AND NAME OF VESSEL

EMPLOYMENT AUTHORIZATION CAR

Pennsylvania   DRIVER'S LICENSE

DUPS: 00

Iss: 02/24/2018

DL









July 10, 2019

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 648004
Lee's Summit, MO 64002



AJAY SINGH
PO BOX 161894
MIAMI, FL 33116

**U.S. Citizenship
and Immigration
Services**



MSC1990357771



A073-419-241



## REQUEST FOR EVIDENCE

Dear AJAY SINGH:

**Why We Are Writing You**

On December 13, 2018, you submitted your Form I-765, Application for Employment Authorization, under category C-18. We need more information from you in order to make a decision on your case. Please read this letter carefully and follow all of the instructions below.

**What You Need To Do**

You must provide the following information:

Provide an updated photocopy of all pages of Form I-220B, Order of Supervision, including the Personal Report Record demonstrating your compliance with the order's reporting requirements.

NOTE: By itself, reporting on a Form I-220A, Order of Release on Recognizance, and/or submitting a Form I-246, Stay of Deportation or Removal, is not enough to establish that you are eligible to apply for employment authorization.

If you are reporting by telephone, you will need to provide a letter from the Enforcement and Removal Operations (ERO) officer that you are reporting to, which states that you are currently in compliance with your order of supervision.

If you are under the Intensive Supervision Appearance Program (ISAP), you will need to provide a letter from the ERO officer you are reporting to, which states that you are currently in compliance with your order of supervision.

You must submit all of the requested evidence at one time. If you submit only part of the evidence, we will make a decision based on the evidence that you submit. We will not consider any evidence

EXHIBIT #2



Y SINGH
BOX# 161894
MI, FL, 33116

USPS POSTAGE PAID
FCM LETTER
MIAMI, FL
33116
AUG 03, 19
AMOUNT
$6.85
R2304H108862-14

$20 TO / CONSULATE GENERAL OF INDIA
7002, 3 E 64th ST
NEW YORK, NY 10065

NIXIE    100    4E 1    0103/19/19

RETURN TO SENDER
UNDELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 33111    *1683-05552-09-18

CERTIFIED

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CONSULATE OF INDIA
7002, 3 E 64th ST
New York, NY, 10065

9590 9402 4824 9032 4914 88

2. Article Number *(Transfer from service label)*

7019 0700 0001 6508

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              ☐ Agent
                               ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

---

7019 0700 0001 6508 4754

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

NEW YORK, NY 10065    OFFICIAL USE

Certified Mail Fee  $3.50        $2.80
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00        Postmark
☐ Certified Mail Restricted Delivery  $ $0.00    Here
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $0.55
$
Total Postage and Fees  $6.85
$

Sent To  CONSULATE GENERAL OF INDIA
Street and Apt. No., or PO Box No.  7002, 3E 64 M ST
City, State, ZIP+4®  NEW YORK, NY, 10065

SNAPPER CREEK BRANCH
0139
14
3 2019 Postmark Here
USPS MIAMI, FL 33
08/03/2019

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

7019 0700 0001 6508 4716

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

SAN FRANCISCO, CA 94118    OFFICIAL USE

Certified Mail Fee  $3.50        $2.80
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00        Postmark
☐ Certified Mail Restricted Delivery  $ $0.00    Here
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $0.55
$
Total Postage and Fees  $6.85
$

Sent To  CONSULATE GENERAL OF INDIA
Street and Apt. No., or PO Box No.  540 ARGUELLO BLVD
City, State, ZIP+4®  SAN FRANCISCO, CA 94118

SNAPPER CREEK BRANCH
0139
14
AUG Postmark Here 2019
USPS MIAMI, FL 33116
08/03/2019

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

AJAY SINGH A# 073 419 241     EXHIBT#4

| | |
|---|---|
| BY PARENTS FOR PARENTS | 21-Dec |
| GAMBLING | 21-Dec |
| IMPACT) DRIVING DRUNK DRIVING HIGH | 4-Jan |
| DUI/DWI | 9-Jan |
| ABUSIVE RELATIONSHIPS | 16-Jan |
| PULLING PUNCHES (1) | 16-Jan |
| BREAKING&ENTERING INTO A BETTER LIFE | 23-Jan |
| CONTROLLING ANGER | 25-Jan |
| PULLING PUNCHES (3) | 25-Jan |
| ALCOHOL ANONYMOUS SEMINAR | 25-Jan |
| YOUNG MEN'S WORK | 30-Jan |
| THE LAST FIX | 11-Feb |
| COPING WITH STRESS | 13-Feb |
| CRIMINAL AND ADDICTIVE BEHAVIOR | 20-Feb |
| UNDERSTANDING ANGER | 20-Feb |
| POST-PRISON BLUES | 27-Feb |
| ANGER COMMANDER (2) | 27-Feb |
| PARENTING SETTING RULES      (1) | 12-Mar |
| PARENTING BUILDING TRUST    (2) | 12-Mar |
| PARENTING HANDLING ANGER (3) | 12-Mar |
| UNDERSTANDING ABUSE | 19-Mar |
| CAGE YOUR RAGE (1) | 31-Mar |
| CAGE YOUR RAGE (2) | 31-Mar |



*Krome Service Processing Center*

Certificate of Attendance

It is hereby acknowledged that

**Singh Ajay**

Has satisfactorily completed a course in

**By Parents for Parents**

This certificate is granted this 21$^{st,}$ day of December 2019

*Ofc L. Murray*

# *Krome Service Processing Center*

## Certificate of Attendance

It is hereby acknowledged that

# Singh Ajay

Has satisfactorily completed a course in

# Alcohol and other Drugs Education

This certificate is granted this 21st, day of December 2019

*Ofc L. Murray*

# *Krome Service Processing Center*

## Certificate of Attendance

It is hereby acknowledged that

# Ajay Singh

Has satisfactorily completed a course in

# Gambling

This certificate is granted this 4<sup>th,</sup> day of January 2020

*Ofe L. Murray*



### *Krome Service Processing Center*

Certificate of Attendance

It is hereby acknowledged that

# Singh Ajay

Has satisfactorily completed a course in

# (Impact) Driving Drunk Driving High

This certificate is granted this 9th, day of January 2020

*Ofc L. Murray*

# *Krome Service Processing Center*

## Certificate of Attendance

It is hereby acknowledged that

# **Singh Ajay**

Has satisfactorily completed a course in

# **DUI/DWI**

This certificate is granted this 9th, day of January 2020



*Ofc L. Murray*



# Krome Service Processing Center

## Certificate of Attendance

It is hereby acknowledged that

## Ajay Singh

Has satisfactorily completed a course in

## Abusive Relationships

This certificate is granted this 16th, day of January 2020

*Ofc L. Murray*



# Krome Service Processing Center

## Certificate of Attendance

It is hereby acknowledged that

# Ajay Singh

Has satisfactorily completed a course in

# Pulling Punches (1)

This certificate is granted this 16th, day of January 2020

*Ofc L. Murray*



# *Krome Service Processing Center*

## Certificate of Attendance

It is hereby acknowledged that

## **Ajay Singh**

Has satisfactorily completed a course in

## **Breaking & Entering into a better life**

This certificate is granted this 23st, day of January 2020

*Ofc L. Murray*



# Krome Service Processing Center

## Certificate of Attendance

It is hereby acknowledged that

# Ajay Singh

Has satisfactorily completed a course in

# Controlling Anger

This certificate is granted this 25th, day of January 2020

*Ofc L. Murray*



# Krome Service Processing Center

## Certificate of Attendance

It is hereby acknowledged that

### Ajay Singh

Has satisfactorily completed a course in

### Pulling Punches (3)

This certificate is granted this 25th, day of January 2020

*Ofc L. Murray*

# *Krome Service Processing Center*

## Certificate of Attendance

It is hereby acknowledged that

# Ajay Singh

Has satisfactorily completed a course in

# Alcohol Anonymous Seminar

This certificate is granted this 25TH, day of January, 2020





## *Krome Service Processing Center*

Certificate of Attendance

It is hereby acknowledged that

### Ajay Singh

Has satisfactorily Completed a Course in

## Young Men's Work

This certificate is granted this 30th day of January 2020

*Ofc L. Murray*

## *Krome Service Processing Center*

### Certificate of Attendance

It is hereby acknowledged that

## Ajay Singh

Has satisfactorily completed a course in

# The Last Fix

This certificate is granted this 11th day of February 2020

*Ofo L. Murray*

# *Krome Service Processing Center*

## Certificate of Attendance

It is hereby acknowledged that

# Ajay Singh

Has satisfactorily completed a course in

# Coping With Stress

This certificate is granted this 13th, day of February 2020

*Ofc L. Murray*

# *Krome Service Processing Center*

## Certificate of Attendance

It is hereby acknowledged that

### Ajay Singh

## Has satisfactorily completed a course in

## Criminal and Addictive Behavior

This certificate is granted this 20TH, day of February 2020

*OFC L MURRAY*

# *Krome Service Processing Center*

## Certificate of Attendance

It is hereby acknowledged that

## **Ajay Singh**

Has satisfactorily completed a course in

## **Understanding Anger**

This certificate is granted this 20th, day of February 2020

*Ofc L. Murray*



# *Krome Service Processing Center*

## Certificate of Attendance

It is hereby acknowledged that

### **Ajay Singh**

Has satisfactorily completed a course in

### **Post-Prison Blues**

This certificate is granted this 27th, day of February 2020

*Ofc L. Murray*



# *Krome Service Processing Center*

## Certificate of Attendance

It is hereby acknowledged that

# **Ajay Singh**

Has satisfactorily completed a course in

# **Anger Commander (2)**

This certificate is granted this 27th, day of February 2020

*Ofc L. Murray*



# *Krome Service Processing Center*

## Certificate of Attendance

It is hereby acknowledged that

# **Ajay Singh**

Has satisfactorily completed a course in

# **Parenting Setting Rules (1)**

This certificate is granted this 12th, day of March 2020

*Ofc L. Murray*



# *Krome Service Processing Center*

## Certificate of Attendance

It is hereby acknowledged that

# **Ajay Singh**

Has satisfactorily completed a course in

# **Parenting Building Trust (2)**

This certificate is granted this 12<sup>th,</sup> day of March 2020

*Ofc L. Murray*

© 2019 Great Papers

# *Krome Service Processing Center*

## Certificate of Attendance

It is hereby acknowledged that

# Ajay Singh

Has satisfactorily completed a course in

# Parenting Handling Anger (3)

This certificate is granted this 12th, day of March 2020

*Ofc L. Murray*

# *Krome Service Processing Center*

## Certificate of Attendance

It is hereby acknowledged that

## Ajay Singh

Has satisfactorily completed a course in

## Understanding Abuse

This certificate is granted this 19th, day of March 2020

*Ofc L Murray*

# *Krome Service Processing Center*

## Certificate of Attendance

It is hereby acknowledged that

## **Singh Ajay**

Has satisfactorily completed a course in

# **Cage your Rage (1)**

This certificate is granted this 31st day of March 2020

*Ofc L Murray*



## *Krome Service Processing Center*

Certificate of Attendance

It is hereby acknowledged that

# Singh Ajay

Has satisfactorily completed a course in

# Cage your Rage (2)

This certificate is granted this 31st, day of March 2020

*Ofc L Murray*



May 31, 2018


U.S. Immigration and Customs Enforcement
2805 SW 145th Ave
Miramar, FL 33027


To Whom It May Concern:

 My name is Mirta Garcia and I live at 13371Sw 51 St Miami Fl, 33175. I am writing this letter to affirm that Mr. Ajay Singh is currently renting an apartment from me on a month-to-month basis. We have no written lease agreement. He began residing at the apartment since April 6 2018.

 Before Mr. Singh rented the apartment from me, his wife, Ms. Lourdes Cruz, rented the apartment from me from the summer of 2014 until her death in April 2018. Aside from being her landlord, I was also Ms. Cruz's friend. There was no written lease agreement between myself and, Ms. Cruz for the apartment. Ms. Cruz lived in the apartment with her dog. I knew she was married but that her husband did not live there with her because he was living in Pennsylvania where he was able to find better work.

 Upon Ms. Cruz's death on April 6, 2018, Mr. Singh came to his wife's apartment to make arrangements for her funeral and tend to her personal belongings. Mr. Singh told me that he was planning on moving back to Miami and needed a place to live, so I agreed to allow him to rent his wife's apartment for an unspecified lease term.

 Should you have any questions or need any additional information, please do not hesitate to contact me at (786) 253-0197.

   Sincerely,

   Mirta Garcia

*EXHIBT#6*

# AJAY SINGH      A # 073 419 241

## SYMBOTICS

## AUTOMATION ROBTICS TECH: TIER-5......BETHLEHEM, PA.

*Follow all cell and department standardized work instructions procedures.

*Maintain and service automated work cell; mechanical &hydraulic lifts.

*Well develop communication, organizational, interpersonal and analytical

*Responsible for modifying existing automation control systems.

*Integrate equipment with robots and various testing & monitoring instruments.

*Ensure compliance to all quality and safety standards.

*Troubleshoot process problems and initiate/participate in continuous improvement initiatives and quality improvements.

## U.P.S

## LEAD SUPERVISOR .........MIAMI, FL

*Picked and shipped large sized parts for Aviation division of UPS.

*Supervised team and ensured quality control.

## MACK TECH.

## WAREHOUSE LEAD..............MELBOURNE, FL

*Operated cherry picker, sit-down and stand-up forklifts.

## NOVELLUS SYSTEMS.

## SHIPPING/RECEIVING ASSOCIATE..............SAN JOSE , CALIFORNIA

 EXHIBIT #7

# JOB HISTORY FROM 1994 TO 2019

76 GASSTATION-1994/1996 CASHIER .CALIFORNIA

SUN MICRO SYSTEMS - 1996/1998. TECH.  CA

COMKYL-1998/2001- WILL CALL CLERK. CA

NIPPON EXPRESS-2001/2003.RECEIVING.MIAMI,FLORIDA

SDV-2003/2005.SHIPPING LEAD.MIAMI, FLORIDA

UPS-2005/2008.LEAD SUPERVISOR .MIAMI, FLORIDA

MACK TECH-2008/2009.SHIPPING LEAD.MELBORNE, FL

SUNOCO TRUCKSTOP-2009/2013.MANAGER. PA.

POTSY PIZZA -2013/2015.DRIVER. ALLENTOWN, PA

SYMBOTIC-2015/2018.AUTOMATION TECH.PA

COURTBUDDY-2018/19.BRAND AMBASSADOR .MIA, FL

BTC-9/2019-12/2019 .KITCHEN.POMPANO BEACH, FL

KROME-12/19-LAUNDRY WORKER/AREA CLEANING,FL

*OSHA CERTIFIED          *HAZ-MAT CERTIFIED

*FORKLIFT CERTIFIED   *AUTOMATION ROBOTICS SPECIALIST

*EXHIBT # 8*

**U.S. Department of Homeland Security**
**Immigration and Customs Enforcement**

Continuation Page for Form:   **I-220B**

| Alien's Name | File Number | Date |
|---|---|---|
| SINGH, Ajay | A 073 419 241 | September 23, 2011 |

*Alien's Signature*

**Alien's Address**

5321 West Tilghman Street # 46   48

Allentown, PA 18104

**RIGHT INDEX PRINT**

Alien's Telephone Number (if any)

(610) 392-1455

## PERSONAL REPORT RECORD

| DATE | OFFICER | COMMENT/CHANGES |
|---|---|---|
| 10/6/11 | | Reported |
| 2-23-12 | | Reported |
| 7-12-13 | | reported |
| 1-11-2014 | | Reported |
| 7/12/13 | | Report |
| 04/09/2014 | | Append |
| 3/18/15 | | Report |
| 01/20/2016 | | REPORTED |
| 11/2/2016 | SM | Reported |
| 11/2/2017 | | Reported |
| 5/3/18 | | 6/2/18  GS |
| 9/17/19 | BTC | |
| 12-17-19 | KROME | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Signature | Title |
|---|---|
| | |



*EXHIBT# 10*

May 30, 2018

RE: Ajay Singh

I confirm that I have known Mr. Ajay Singh for over 20 years. Ajay is a very kind and humble person who until his wife's life was cut short due to health reasons always cared for her and her family. He is a very family-oriented man and the family relies on him to look over her affairs (residence and property).

Ajay is dependable and hard working. He has been an important member of the local community. He is loved by his family and friends.

Respectfully,

-Roger Mas

Roger Mas
**Deportation Officer**
*Enforcement and Removal Operations*
*Miami Field Office*

U.S. Department of Homeland Security
8860 Salrose Lane
Fort Myers, Florida 33912

239 690 3165 ofc
239 690 8181 fax
850 250 6121 cell
roger.mas@ice.dhs.gov



# U.S. Immigration and Customs Enforcement

EXH 1011 #11

## CERTIFICATION OF VITAL RECORD 

# CLARK COUNTY, NEVADA
### CERTIFIED ABSTRACT OF MARRIAGE

**GROOM:**   SINGH AJAY

**BRIDE:**   ZARRAGA LOURDES

**DATE OF MARRIAGE:**   NOVEMBER 23, 2001

**RECORDED:**   NOVEMBER 26, 2001   **BOOK:** 20011126   **INSTRUMENT:**   76618

**APPLICATION:**   D379913

This is to certify that this document is a true abstract of the
marriage record filed with the County Recorder of Clark County, Nevada.

*Judith A. Vandever*
Judith A. Vandever
Clark County Recorder

ISSUED:   02-04-2002
This copy is not valid unless prepared on engraved form,                    CLZ
impressed with the raised seal of the Clark County Recorder.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

**U.S. Department of Justice**

Immigration and Naturalization Service

**Warning for Failure to Depart**

| Name: SINGH, AJAY | District Office: POMPANO BEACH, FL | File #: A 073 419 241 |
|---|---|---|

Section 243(a) of the Immigration and Nationality Act provides, in part, that:

Any alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in section 237(a) who--

(A)   willfully fails or refuses to depart from the United States within a period of 90 days* from the date of the final order of removal under administrative processes, or if judicial review is had, then from the date of the final order of the court,

(B)   willfully fails or refuses to make timely application in good faith for travel or other documents necessary to the alien's departure,

(C)   connives or conspires, or takes any other action, designed to prevent or hamper or with the purpose of preventing or hampering the alien's departure pursuant to such, or

(D)   willfully fails or refuses to present himself or herself for removal at the time and place required by the Attorney General pursuant to such order,

shall be fined under title 18, United States Code, or imprisoned not more than four years (or 10 years if the alien is a member of any of the classes described in paragraph (1)(E), (2), (3), or (4) of section 237(a)), or both.

Nothing in this section shall make it a violation to take proper steps for the purpose of securing cancellation of or exemption from such order of removal or for the purpose of securing the alien's release from incarceration or custody.

Any action the Immigration and Customs Enforcement may take to obtain a travel document for your departure or to remove you will *NOT* relieve you of the liability for compliance with the provisions of law referred to in the first paragraph above.

*    Section 241(a)(1)(C) provides for the extension of the statutory removal period if the alien refuses, during the removal period, to make application in good faith, for a travel or other document necessary for the alien's removal or departure or conspires or acts to prevent the alien's removal subject to an order of removal.

| Date Order Final: 10/10/2002 | Ordered Removed under Section: 237a1A |
|---|---|

**Record of Service**
**(Check method used)**

**Record of Personal Service**

(     )

| Served By: (Print Name and Title of Officer)  DEPORTATION OFFICER    M. SCROCCA | Date: 11/22/19 |
|---|---|

| Officer's Signature: | Location of Service: POMPANO BEACH, FL |
|---|---|

| Served On:  (Alien's Signature) | Date: 11/22/19 |
|---|---|

| (     )   **Warning administered in Court** (Copy of order attached) | **Record of Personal Service (Cont.)** |
|---|---|
| (     )   **Certified Mail Service** | Fingerprint of Alien  (Specify finger used) |
| **Attach certified mail receipts here.** |  |

Form I-229(a)
(Revised 04/18/12)

-NOM,
JAY SINGH
#073419241
KROME Service Processing Center
3201 SW 12th STREET
MIAMI, FL, 33194.



$1.30
US POSTAGE
FIRST-CLASS
0625000984070
33194

USMS INSPECTED

TO,
CLERK OF COURTS
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
400 NORTH MIAMI AVE
MIAMI, FL, 33128.